*Max Sheinert* for Charles Marck et al., appellants.

*George P. Nicholson, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for City of New York.

*Louis Marshall, Samuel Untermyer* and *Charles C. Lockwood* for respondents.

Judgments affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

THE HERMITAGE COMPANY, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Constitutional law — statutes and ordinances exempting certain classes of buildings erected in the city of New York from taxation for a period of years valid.*

*Hermitage Co.* v. *Goldfogle*, 204 App. Div. 710, affirmed.
(Argued April 30, 1923; decided May 11, 1923.)

APPEAL from a judgment, entered April 6, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendants. The action was brought to restrain the defendants from exempting from assessment for purposes of taxation new buildings planned exclusively for dwelling purposes in the city of New York on the ground that the statutes authorizing such exemption (L. 1920, ch. 949, amd. L. 1921, ch. 444; L. 1922, ch. 281) and the ordinances adopted by the city of New York thereunder, were unconstitutional and invalid.

*John Brooks Leavitt* for appellant.

*Henry M. Powell* for R. S. S. Co., intervening.

*Carl Sherman, Attorney-General (Edward G. Griffin* of counsel), and *George P. Nicholson, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.  Absent: ANDREWS, J.

---

A. C. WICKE MANUFACTURING COMPANY *v.* CHARLES DINKEL et al., Appellants, Impleaded with Others.

(Submitted May 7, 1923; decided May 11, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.  (See 235 N. Y. 612.)

---

LOUIS H. SOULE, Appellant, *v.* BON AMI COMPANY, Respondent.

(Submitted May 7, 1923; decided May 11, 1923.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.  (See 235 N. Y. 609.)

---

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, *v.* MARYLAND CASUALTY COMPANY, Respondent.

(Submitted May 7, 1923; decided May 11, 1923.)

Motions for re-argument denied, with ten dollars costs and necessary printing disbursements in one case and printing disbursements only in the other.  (See 234 N. Y. 618, 619.)